IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JESSE L. STEWART and
SALINA STEWART,

    Plaintiffs,

v.                                                                CIVIL ACTION NO. 3:07-CV-125
                                                                    (BAILEY)

COUNTRYWIDE HOME LOANS, INC. d/b/a
AMERICA'S WHOLESALE LENDER and
AMBASSADOR MORTGAGE, INC. d/b/a/
ACTION MORTGAGE, INC.,

    Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

This Court will conduct a **telephonic scheduling conference** on **November 9, 2007, at 11:30 a.m.** The Court will review dates for the thirteen (13) items listed on the Scheduling Conference Checklist enclosed herewith. Pursuant to LR Civ P 16.01(e), a scheduling order will be entered thereafter.

The Clerk is hereby directed to transmit copies of this Order to counsel of record herein.

**DATED**: October 29, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

_____
Plaintiff(s),

v.

_____                     Civil Action No. _____
Defendant(s).

SCHEDULING ORDER CHECKLIST

ATTORNEYS

1. INTERMEDIATE PRETRIAL CONFERENCE

   _____

2. MEDIATION          Before -

3. JOINDER AND AMENDMENTS

   _____

4. EXPERT DISCLOSURE

   a. With Burden     _____
   b. Without Burden  _____

5. EXAMINATION/INSPECTIONS

   _____

6. DISCOVERY COMPLETION

   _____

7. DISPOSITIVE MOTIONS      _____

   _____
   _____

8. PRETRIAL DISCLOSURES, FED R. CIV PRO 26(a) 3
   _____
   a. Objections     _____

9. JURY INSTRUCTIONS, VOIR DIRE and VERDICT FORMS

_____
         a. Objections       _____

10. MOTIONS IN LIMINE
                             _____
         a. Objections       _____

11. JOINT FINAL PRETRIAL CONFERENCE ORDER

                             _____

12. FINAL PRETRIAL CONFERENCE
                             _____

13. Trial                    _____

     (If non-jury trial, Proposed Findings of Fact
     and Conclusions of Law are to be filed with Court
     and opposing counsel _____)