# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Stewart, et al.

    **Plaintiff(s)**,

    v.      Select Civ or Crim:    NO: 3:07-cv-125

Countrywide Home Loans, Inc., et al.

    **Defendant(s)**.

U.S. DISTRICT COURT
FILED AT WHEELING, WV
DEC - 3 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Robert S. Westermann, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 12-3-2007

                         United States District Judge